UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LISA COSTA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:22-cv-00317 |
| | ) |
| HOME DEPOT U.S.A., INC., and JOHN DOE #1, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby stipulate that all claims asserted in the above-entitled action are dismissed, with prejudice, without costs and with all rights of appeal waived.

Respectfully Submitted,

Plaintiff,

**LISA COSTA,**

By her attorneys:

*/s/ Dennis S. Baluch*
Dennis S. Baluch, Esq., #0947
Law Offices of Dennis S. Baluch
155 South Main Street, Suite 302
Providence, RI 02903
Telephone: (401) 331-1434
dennis.baluch@bgmalaw.com

Defendant,

**HOME DEPOT U.S.A., INC.,**

By its attorneys:

*/s/ Caroline B. Lapish*
Caroline B. Lapish, Esq., #8077
Manning Gross + Massenburg LLP
125 High Street
Oliver Street Tower, 6th Floor
Boston, MA 02110
Telephone: (617) 670-8304
clapish@mgmlaw.com

Dated: September 21, 2022.

## **CERTIFICATE OF SERVICE**

      I, Caroline B. Lapish, counsel for Defendant Home Depot USA Inc., hereby certify that a true and accurate copy of this Stipulation of Dismissal with Prejudice was filed electronically on the Court's CM/ECF system on September 21, 2022. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

                                                */s/ Caroline B. Lapish*
                                                Caroline B. Lapish